PHŒBE FELLOWS, Appellant, *v.* RICHARD C. FELLOWS, Respondent.

(Submitted June 7, 1883; decided June 12, 1883.)

*John Townshend* for appellant.

*John E. Burrill* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

---

In the Matter of the Claim of the BANK OF MONROE, Appellant, *v.* THE STATE OF NEW YORK, Respondent.

(Argued April 19, 1883; decided June 26, 1883.)

THIS was an appeal from a judgment of the General Term of the Supreme Court, affirming a decision of the Board of Audit refusing to allow a claim against the State for an award of the Canal Commissioners.

It is not reported, as a majority of the court did not concur in the opinion.

*James B. Perkins* for appellant.

*Leslie W. Russell,* Attorney-General, for respondent.

DANFORTH, J., reads for affirmance; FINCH, J., concurs; RAPALLO, J., concurs in result; ANDREWS, J., concurs on the ground that there was evidence that the award was obtained by fraud and collusion between the officers of the State and the parties prosecuting the claim; RUGER, Ch. J., and EARL, J., dissent; MILLER, J., absent.

Judgment affirmed.